An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| FELTON L. MATTHEWS, JR.,<br>Petitioner,<br>vs.<br>JAMES GREG COX; GOV. BRIAN SANDOVAL; RENEE BAKER, WARDEN; THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; THE SEVENTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WHITE PINE; AND THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CARSON CITY,<br>Respondents. | No. 66727<br><br>**FILED**<br><br>NOV 1 3 2014<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

*ORDER DENYING PETITION*

This is a proper person petition for a writ of habeas corpus. Petitioner challenges his conditions of confinement, various proceedings in the district court, and his sentence. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise original jurisdiction. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.        _____, J.
Douglas                                        Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-37436

cc:    Felton L. Matthews, Jr.
        Attorney General/Carson City